**UNITED STATES of America,**
**Plaintiff—Appellee,**

v.

**Aaron RILEY, Defendant—Appellant.**

**No. 07–6879.**

United States Court of Appeals,
Fourth Circuit.

Submitted: Aug. 23, 2007.

Decided: Aug. 30, 2007.

Aaron Riley, Appellant Pro Se.

Before WILLIAMS, Chief Judge, and WILKINS and HAMILTON, Senior Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Aaron Riley appeals the district court's order dismissing his motion under 28 U.S.C. § 2255 (2000) without prejudice, redocketing his Petition for Declaration of Nationality as titled and denying the same, and denying his Writ of Coram Nobis. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Riley,* Nos. 2:04–cr–00011–REM; 2:07–cv–00026 (N.D.W.Va. Mar. 26, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*